AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**OFFENSE CHARGED**

26 USC § 7206(1) - False Tax Return (1 count)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
26 USC § 7206(1) - 3 years imprisonment, $100,000 fine, 1 year supervised release, $100 spec. assess.;

**DEFENDANT - U.S.**
▶ ROBERT E. GREELEY

FILED
JUN 14 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER
CR 11 0374 CRB
E-filing

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: MELINDA HAAG
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) THOMAS MOORE, AUSA, CHIEF, TAX DIV.

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ NOT ISSUED
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☒ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

MELINDA HAAG (CABN 132612)
United States Attorney

FILED
2011 JUN 14 P 3: 02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR- CR 11 0374 CRB |
| Plaintiff, ) | |
| v. ) | VIOLATION: 26 U.S.C. § 7206(1) |
| ) | Filing False Tax Return |
| ROBERT E. GREELEY, ) | |
| Defendant. ) | SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges that:

INTRODUCTORY ALLEGATIONS

At all relevant times:

1. During the calendar years 2000 through 2008, Defendant ROBERT E. GREELEY was a resident of San Francisco, California.

2. At all times relevant to this criminal information, UBS AG Zurich ("UBS") was a bank organized under the laws of Switzerland, which directly and through its subsidiaries, operated a global financial services business. Among other services, UBS provided banking, wealth management, and asset management services to United States taxpayers, including ownership and control of financial accounts located in Switzerland.

3. Meyrin Investors was an entity organized under the laws of the Cayman Islands.

4. Exchange Preferred Limited was an entity organized under the laws of the Cayman Islands.

5. From 2002 through at least 2008, Defendant ROBERT E. GREELEY had a financial interest in, and had signature authority over, a foreign bank account at UBS under the name of Meyrin Investors.

6. From 2004 through at least 2008, Defendant ROBERT E. GREELEY had a financial interest in, and had signature authority over, a foreign bank account at UBS under the name of Exchange Preferred Limited.

7. Defendant ROBERT E. GREELEY filed U.S. (federal) individual income tax returns for the years 2004 through 2008. For each of those years, Defendant ROBERT E. GREELEY earned interest income from the UBS bank accounts in the names of Meyrin Investors and Exchange Preferred Limited. Further, for each of those years, as Defendant ROBERT E. GREELEY knew and intended, his tax returns included a Schedule B which disclosed other items of interest income, but which falsely marked "No" in response to the question seeking disclosure of foreign financial accounts.

8. Citizens and residents of the United States who have a financial interest in, or signature authority over, a financial account or accounts in a foreign country with an aggregate value of more than $10,000 at any time during a particular calendar year are required to file with the U.S. Treasury a Report of Foreign Bank and Financial Accounts on Form TD F 90-22.1 (an "FBAR"). For the years 2004 through 2008, Defendant ROBERT E. GREELEY failed to file FBARs, and did not otherwise disclose to the IRS his interest in and control over the UBS accounts.

## COUNT ONE

9. Paragraphs 1 through 8 are incorporated and re-alleged herein.

10. On or about the 15th day of April 2009, in the Northern District of California, Defendant ROBERT E. GREELEY, a resident of San Francisco, California, did willfully make and subscribe a false 2008 U.S. Individual Income Tax Return, Form 1040, which was verified by a written declaration that it was made under the penalties of perjury and did file the income tax return with the Internal Revenue Service, which tax return he did not believe to be true and correct as to every material

Criminal Information 2

1  matter, in that Defendant ROBERT E. GREELEY: (a) on Line 22 (total income) of the Form 1040 failed
2  to report interest income earned from two bank accounts at UBS, AG, and (b) on Schedule B, Part III,
3  line 7a, attached to the Form 1040, reported that he did not have an interest in, or a signature or other
4  authority over, a financial account in a foreign country, whereas Defendant ROBERT E. GREELEY then
5  and there well knew and believed that he received interest income in addition to the total income
6  reported, and had an interest in, and signature and other authority over, financial accounts at UBS, AG
7  in Switzerland.

All in violation of Title 26, United States Code, Section 7206(1).

MELINDA L. HAAG
United States Attorney

Dated: 6-14-11

*/s/ Douglas W. Hyun for*
MIRANDA KANE
Assistant United States Attorney
Chief, Criminal Division

Approved as to Form

CHRISTOPHER J. MAIETTA
JENNIFER R. LARAIA
Trial Attorneys
United States Department of Justice
Tax Division, Criminal Section

Criminal Information        3